# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN JOSE HARO** <br> *Plaintiff* | § § § | |
| **v.** | § § | **CIVIL ACTION NO.** |
| **EQUISOLAR, INC., SOLAR MOSAIC, LLC AND ASHLEY GERSHOONY** <br> *Defendant* | § § § | **JURY TRIAL DEMANDED** |

### DEFENDANTS, EQUISOLAR, INC. AND ASHLEY GERSHOONY
### INDEX OF MATTERS BEING FILED

Below is an index of the documents being filed with the Notice of Removal in this action:

1. A copy of Plaintiff's Original Petition **(Exhibit A)**

2. A copy of Defendant's Original Answer and Jury Demand (**Exhibit B**)

3. All executed process in the case **(Exhibit C)**

4. This Index of Matters Being Filed **(Exhibit D)**

5. List of Counsel including all counsel of record, with addresses, telephone numbers and parties represented **(Exhibit E)**

6. Unsworn Declaration of Isaac Hernandez **(Exhibit F)**

7. Unsworn Declaration of Ashley Gershoony **(Exhibit G)**

8. Notice of Filing Removal **(Exhibit H)**

9. Docket Sheet **(Exhibit I)**

10. Defendant's Rule 7.1 Statement **(Exhibit J)**

Dated:  November 12, 2024.

Respectfully submitted,

By:/s/ *Lema Mousilli*
Lema Mousilli
Attorney-In-Charge
Texas Bar No. 24056016
S.D. Texas Bar No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
lema@mousillilaw.com
service@mousillilaw.com

**ATTORNEY FOR DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **November 12, 2024**, via *electronic filing manager* as follows:

Benjamin Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
service@sanchezlawfirm.com
(713) 780-7745
*Attorney for Plaintiff*

/s/ *Lema Mousilli*
Lema Mousilli