# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN JOSE HARO<br>*Plaintiff* | § § § | |
| v. | § § § | CIVIL ACTION NO. |
| EQUISOLAR, INC., SOLAR MOSAIC, LLC AND ASHLEY GERSHOONY<br>*Defendant* | § § | JURY TRIAL DEMANDED |

### DEFENDANTS, EQUISOLAR, INC. AND ASHLEY GERSHOONY 'S LIST OF COUNSEL

### COUNSEL FOR PLAINTIFF

Benjamin Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
service@sanchezlawfirm.com
(713) 780-7745

### COUNSEL FOR DEFENDANT EQUISOLAR, INC.

Lema Mousilli
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*lema@mousillilaw.com*
*service@mousillilaw.com*

1

## COUNSEL FOR DEFENDANT ASHLEY GERSHOONY

Lema Mousilli
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*lema@mousillilaw.com*
*service@mousillilaw.com*


DATED: November 12, 2024         Respectfully submitted,

By:/s/ *Lema Mousilli*
Lema Mousilli
Attorney-In-Charge
Texas Bar No. 24056016
S.D. Texas Bar No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*lema@mousillilaw.com*
*service@mousillilaw.com*

**ATTORNEY FOR DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **November 12, 2024**, via *electronic filing manager* as follows:

Benjamin Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
service@sanchezlawfirm.com
(713) 780-7745
*Attorney for Plaintiff*

                                        */s/ Lema Mousilli*
                                        Lema Mousilli