# EXHIBIT F

# UNSWORN DECLARATION OF ISAAC HERNANDEZ

Pursuant to 28 U.S. Code § 1746, I, **Isaac Hernandez**, declare under penalty of perjury the following is true and correct:

1. "My name is **Isaac Hernandez**. I am over eighteen (18) years of age and I have never been convicted of a crime. I am of sound mind and capable of making this Declaration. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I am the Operations Manager for Equisolar, Inc., and am authorized to make this Declaration on behalf thereof Equisolar, Inc.

3. "Equisolar, Inc. is incorporated in the state of California.

4. "The principal place of business for Equisolar, Inc. is 5121 Van Nuys Blvd., Ste. 300, Sherman Oaks, CA 91403."

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2024

*Isaac Hernandez* (signature)
**Isaac Hernandez, Declarant**