# EXHIBIT G

## UNSWORN DECLARATION OF ASHLEY GERSHOONY

Pursuant to 28 U.S. Code § 1746, I, **Ashley Gershoony**, declare under penalty of perjury the following is true and correct:

1. "My name is **Ashley Gershoony**. I am over eighteen (18) years of age and I have never been convicted of a crime. I am of sound mind and capable of making this Declaration. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I am named as a defendant in *Cause No. CV-24-08-1194 Juan Jose Haro v. Equisolar, Inc., Solar Mosaic, LLC and Ashley Gershoony in the County Court at Law No. 2 of Waller County, Texas"*

3. "I am a citizen of California and have resided in California my entire life.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2024

Ashley Gershoony, Declarant