# EXHIBIT H

CAUSE NO. CV-24-08-1194

| | | |
|---|---|---|
| **JUAN JOSE HARO**<br>　*Plaintiff*, | §<br>§<br>§<br>§ | IN THE COUNTY COURT |
| VS. | §<br>§<br>§<br>§ | NO. 2 AT LAW |
| **EQUISOLAR, INC., SOLAR MOSAIC, LLC AND ASHLEY GERSHOONY**<br>　*Defendants*. | §<br>§ | WALLER COUNTY, TEXAS |

### DEFENDANTS EQUISOLAR, INC. AND ASHLEY GERSHOONY'S NOTICE OF FILING REMOVAL

Please take notice that on November 13, 2024, Defendants Equisolar, Inc. and Ashley Gershoony filed with the Clerk of the U.S. District Court for the Southern District of Texas, a Notice of Removal requesting removal of this action to the U.S. District Court for the Southern District of Texas, Houston Division. A copy of the Notice of Removal filed with the U.S. District Court, and all exhibits, is attached to this Notice as **Exhibit A**.

DATED: November 13, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MOUSILLI LAW, PLLC**
　　　　　　　　　　　　　　　　　　11807 Westheimer Road,
　　　　　　　　　　　　　　　　　　Suite 550, PMB 624
　　　　　　　　　　　　　　　　　　Houston, TX 77077
　　　　　　　　　　　　　　　　　　Tel: (281) 305-9313

　　　　　　　　　　　　　　　　　　*/s/ Lema Mousilli*
　　　　　　　　　　　　　　　　　　Lema Mousilli
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24056016
　　　　　　　　　　　　　　　　　　lema@mousillilaw.com
　　　　　　　　　　　　　　　　　　service@mousillilaw.com
　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **November 13, 2024**, via *electronic filing manager* as follows:

:

Benjamin Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
service@sanchezlawfirm.com
(713) 780-7745
*Attorney for Plaintiff*

                                            */s/ Lema Mousilli*
                                            Lema Mousilli