# EXHIBIT I

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back          Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. CV24-08-1194

| | | |
|---|---|---|
| Juan Haro vs. Equisolar, Inc., Solar Mosaic, LLC, Ashley Gershoony | § § § § § | Case Type: **Contract - Other**<br>Date Filed: **08/29/2024**<br>Location: **County Court at Law #2** |

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | Equisolar, Inc. | |
| **Defendant** | Gershoony, Ashley | |
| **Defendant** | Solar Mosaic, LLC | |
| **Plaintiff** | Haro, Juan Jose | BENJAMIN K SANCHEZ<br>*Retained*<br>713-780-7745(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 08/29/2024 | **Original Petition (OCA)** |
| 08/29/2024 | **Jury Fee Paid**<br>*BY PLAINTIFF* |
| 09/06/2024 | **Request**<br>*CIVIL PROCESS* |
| 09/06/2024 | **Request**<br>*CIVIL PROCESS* |
| 09/06/2024 | **ISSUED CITATION**<br>*ASHLEY GERSHOONY* |
| 09/06/2024 | **ISSUED CITATION**<br>*EQUISOLAR INC* |
| 09/16/2024 | **CERTIFIED MAIL RECEIPT** |
| 09/16/2024 | **CERTIFIED MAIL RECEIPT** |
| 10/22/2024 | **Answer**<br>*DEFENDANTS, EQUISOLAR, INC., AND ASHLEY GERSHOONYS ORIGINAL ANSWER, DEFENSES, AND JURY DEMAND* |
| 10/22/2024 | **Citation**<br>*REISSUED FOR CORRECTIONS* |
| 10/22/2024 | **Citation**<br>*REISSUED FOR CORRECTION* |
| 10/25/2024 | **CERTIFIED MAIL RECEIPT** |
| 11/04/2024 | **RECEIPT**<br>*GREEN CARD RECEIPT FOR EQUISOLAR, INC.* |

## FINANCIAL INFORMATION

**Plaintiff** Haro, Juan Jose
Total Financial Assessment    603.00
Total Payments and Credits    603.00
**Balance Due as of 11/13/2024**    **0.00**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/29/2024 | Transaction Assessment | | | 360.00 |
| 08/29/2024 | E-File Payment | Receipt # EF-09831 | Haro, Juan Jose | (223.00) |
| 08/29/2024 | State Credit | | | (137.00) |
| 09/06/2024 | Transaction Assessment | | | 243.00 |
| 09/06/2024 | E-File Payment | Receipt # EF-09854 | Haro, Juan Jose | (243.00) |