# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN JOSE HARO** *Plaintiff* | § § § | |
| **v.** | § § § | **CIVIL ACTION NO.** |
| **EQUISOLAR, INC., SOLAR MOSAIC, LLC AND ASHLEY GERSHOONY** *Defendant* | § § § | **JURY TRIAL DEMANDED** |

**DEFENDANTS, EQUISOLAR, INC. AND ASHLEY GERSHOONY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for **DEFENDANTS, EQUISOLAR, INC. AND ASHLEY GERSHOONY.,** (a private non-governmental party) certifies that there are NO corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: November 12, 2024.

Respectfully submitted,

By:/s/ *Lema Mousilli*
Lema Mousilli
Attorney-In-Charge
Texas Bar No. 24056016
S.D. Texas Bar No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
lema@mousillilaw.com
service@mousillilaw.com

**ATTORNEY FOR DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **November 12, 2024**, via *electronic filing manager* as follows:

Benjamin Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
service@sanchezlawfirm.com
(713) 780-7745
*Attorney for Plaintiff*

                                        */s/ Lema Mousilli*
                                        Lema Mousilli