IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN JOSE HARO**<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO.<br>4:24−cv−04466 |
| **EQUISOLAR, INC., SOLAR MOSAIC, LLC AND ASHLEY GERSHOONY**<br>*Defendant.* | § § § § | JURY TRIAL DEMANDED |

### DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

**TO THE HONORABLE COURT:**

**COME NOW, DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY,** in the above-styled matter and file this their *Certificate of Interested Parties and Disclosure Statement*.

Pursuant to the Court's Orders, the undersigned counsel for Defendants Equisolar, Inc. and Ashley Gershoony (both private non-governmental parties) certify that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Defendants Equisolar, Inc. and Ashley Gershoony certify that the following is a complete list reflecting all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation.

1. **Plaintiff Juan Jose Haro**
   c/o Benjamin K. Sanchez
   Sanchez Law Firm
   150 W. Parker Rd., Suite 201
   Houston, Texas 77076

2. **Defendant Equisolar, Inc.**
   c/o Lema Mousilli – Attorney in Charge
   MOUSILLI LAW, PLLC
   11807 Westheimer Road, Suite 550 PMB 624
   Houston, TX 77077
   Telephone: (281) 305-9313
   Email: lema@mousillilaw.com

3. **Defendant Ashley Gershoony**
   c/o Lema Mousilli – Attorney in Charge
   MOUSILLI LAW, PLLC
   11807 Westheimer Road, Suite 550 PMB 624
   Houston, TX 77077
   Telephone: (281) 305-9313
   Email: lema@mousillilaw.com

4. **Defendant Solar Mosaic, LLC**

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Defendants will promptly file an amended certificate with the Clerk identifying such interested parties.

Dated: December 5, 2024                    Respectfully submitted,

                                           By: /s/ *Lema Mousilli*
                                           LEMA MOUSILLI
                                           Attorney-in-charge
                                           Texas State Bar No. 24056016
                                           S.D. Texas Bar No. 1358290
                                           **MOUSILLI LAW, PLLC**
                                           11807 Westheimer Road
                                           Suite 550 PMB 624
                                           Houston, TX 77077
                                           Tel: (281) 305-9313
                                           Email: lema@mousillilaw.com

                                           **ATTORNEYS FOR DEFENDANTS'
                                           EQUISOLAR, INC., AND ASHLEY
                                           GERSHOONY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **December 5, 2024**, via *electronic filing manager* as follows:

Benjamin K. Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
Phone: 713-780-7745
service@sanchezlawfirm.com
*Attorney for Plaintiff*

                */s/ Lema Mousilli*
                Lema Mousilli