IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN JOSE HARO<br>*Plaintiff* | §<br>§<br>§ |
| v. | § CIVIL ACTION NO.<br>§ 4:24−cv−04466 |
| EQUISOLAR, INC., SOLAR MOSAIC,<br>LLC AND ASHLEY GERSHOONY<br>*Defendant* | §<br>§ JURY TRIAL DEMANDED |

### DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY'S CERTIFICATE OF SERVICE IN REMOVED ACTION

TO THE HONORABLE COURT:

**COME NOW, DEFENDANTS EQUISOLAR, INC., AND ASHLEY GERSHOONY,** in the above-styled matter and file this their *Certificate of Service in Removed Action.*

Defendants certify compliance with the court's Order entered upon filing of the petition for removal of this action. On November 21, 2024, Defendants served copies of the Order for Conference and Disclosure of Interested Parties and the Court Procedures on all other parties.

Dated: December 5, 2024

Respectfully submitted,

By: /s/ *Lema Mousilli*
LEMA MOUSILLI
Attorney-in-charge
Texas State Bar No. 24056016
S.D. Texas Bar No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550 PMB 624
Houston, TX 77077
Tel: (281) 305-9313
Email: lema@mousillilaw.com

        **ATTORNEYS FOR DEFENDANTS'**
        **EQUISOLAR, INC., AND ASHLEY**
        **GERSHOONY**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **December 5, 2024**, via *electronic filing manager* as follows:

Benjamin K. Sanchez
Sanchez Law Firm
150 W. Parker Rd., Suite 201
Houston, Texas 77076
Phone: 713-780-7745
service@sanchezlawfirm.com
*Attorney for Plaintiff*

        */s/ Lema Mousilli*
        Lema Mousilli

DEFENDANTS EQUISOLAR, INC. AND ASHLEY GERSHOONY CERTIFICATE OF SERVICE IN REMOVED ACTION