

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN JOSE HARO | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-24-4466 |
| | § | |
| EQUISOLAR, INC., ET AL. | § | |

## NOTICE OF CANCELLATION

This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

**INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Date:       January 3, 2025

Time:       2:00 p.m.

Place:      515 Rusk
            Courtroom 9-B, 9th Floor
            Houston, Texas

To:         All Parties of Record


For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

December 26, 2024